W. Gregory Lockwood, OSB No. 114415
Email: wglockwood@grsm.com
Direct Dial: (503) 382-8855
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Fax: (503) 616-3600
*Attorneys for Defendant Umpqua Health Alliance, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## (EUGENE (6))

| | |
|---|---|
| CHET MICHAEL WILSON, <br><br> Plaintiff, <br><br> v. <br><br> UMPQUA HEALTH ALLIANCE, LLC, <br><br> Defendant. | Case No. 6:26-cv-00668-MC <br><br> **NOTICE OF APPEARANCE** |

TO:      ALL PARTIES and THEIR RESPECTIVE COUNSEL OF RECORD

AND TO:      THE CLERK OF THE ABOVE-ENTITLED COURT

YOU AND EACH OF YOU, WILL PLEASE TAKE NOTICE that W. Gregory Lockwood

enters his appearance in the above-noted case as attorney for Defendant Umpqua Health Alliance,

LLC ("Defendant"). All future papers, pleadings, and correspondence, except original process,

relating to Defendant should be directed to the following counsel:

> ***Attorneys for Defendant***
> Gregory Lockwood, OSB No. 114415
> wglockwood@grsm.com
> GORDON REES SCULLY MANSUKHANI, LLP
> 1300 SW Fifth Avenue, Suite 2000
> Portland, OR 97201

**GORDON REES SCULLY MANSUKHANI**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

The undersigned enters this appears without waiver of any potential defenses, including but not limited to those noted in Fed. R. Civ. P. 12(h). Defendant explicitly reserves the right to assert all available defenses if supported by the fact.

Dated:  April 29, 2026                                   GORDON REES SCULLY MANSUKHANI, LLP

                                                        By:  _s/ W. Greg Lockwood_
                                                            W. Gregory Lockwood, OSB No. 114415
                                                            wglockwood@grsm.com
                                                            Attorneys for Defendant
                                                            Umpqua Health Alliance, LLC

---

**GORDON REES SCULLY MANSUKHANI**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April, 2026, a true and correct copy of the foregoing document was filed with the Court through the CM/ECF system and sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*s/ Danielle Cramer*
Danielle Cramer, Legal Assistant

**GORDON REES SCULLY MANSUKHANI**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600