W. Gregory Lockwood, OSB No. 114415
Email: wglockwood@grsm.com
Direct Dial: (503) 382-8855
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Fax: (503) 616-3600
*Attorneys for Defendant Umpqua Health Alliance, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## (EUGENE (6))

| | |
|---|---|
| CHET MICHAEL WILSON, | Case No. 6:26-cv-00668-MC |
| Plaintiff, | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| v. | |
| UMPQUA HEALTH ALLIANCE, LLC, | |
| Defendant. | |

## LR 7.1 CERTIFICATION

Pursuant to LR 7-1, counsel for Defendant Umpqua Health Alliance, LLC ("Defendant"), Tom Blatchley, conferred with counsel for Plaintiff Chet Michael Wilson ("Plaintiff") on April 29, 2026, and Plaintiff's counsel stated they do not oppose this motion.

## MOTION

Under Federal Rule of Civil Procedure 6(b), the Court may extend the time within which an act may or must be done. Defendant hereby moves the Court to enlarge time by which to file a responsive pleading to Plaintiff's Complaint. Defendant's responsive pleading is currently due to be filed on or before May 8, 2026. Defendant respectfully requests to enlarge the filing period until

MOTION FOR
EXTENSION OF TIME TO FILE A
RESPONSIVE PLEADING Page 1 of 3

**GORDON REES SCULLY MANSUKHANI**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

June 7, 2026 for Defendant. Counsel for Defendant conferred with the Plaintiff's counsel, and Plaintiff agrees to this motion for an extension of time. This motion is being filed to allow adequate time for further conferral on potential Fed. R. Civ. P. 12 motions.

This is the Defendant's first motion for extension of time to file a responsive pleading. It is brought in good faith, is not being brought for the purpose of delay, and no party will be prejudiced by the granting of this motion.

## CONCLUSION

Based on the foregoing, Defendant hereby requests that the Court enter an Order confirming that Defendant's responsive pleading to Plaintiff's Complaint shall not be due until June 7, 2026.

Dated:  April 29, 2026                    GORDON REES SCULLY MANSUKHANI, LLP

By:  *s/ W. Greg Lockwood*
      W. Gregory Lockwood, OSB No. 114415
      wglockwood@grsm.com
      Attorneys for Defendant
      Umpqua Health Alliance, LLC

MOTION FOR
EXTENSION OF TIME TO FILE A
RESPONSIVE PLEADING Page 2 of 3

**GORDON REES SCULLY MANSUKHANI**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2026, a true and correct copy of the foregoing document was filed with the Court through the CM/ECF system and sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*s/ Danielle Cramer*
Danielle Cramer, Legal Assistant

MOTION FOR
EXTENSION OF TIME TO FILE A
RESPONSIVE PLEADING Page 3 of 3

**GORDON REES SCULLY MANSUKHANI**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600