Greg Lockwood, OSB No. 114415
wglockwood@grsm.com
Erin J. Karmen, OSB No. 254140
ekarmen@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, Oregon 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

Attorneys for Defendant
UMPQUA HEALTH ALLIANCE, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UMPQUA HEALTH ALLIANCE, LLC,<br><br>Defendant. | Case No. 6:26-cv-668<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO: ALL PARTIES and THEIR RESPECTIVE COUNSEL OF RECORD

AND TO: THE CLERK OF THE ABOVE-ENTITLED COURT

YOU AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Erin J. Karmen enters her appearance in the above-noted case as attorney for Defendant Umpqua Health Alliance, LLC ("Defendant"). Attorney W. Gregory Lockwood of Gordon Rees Scully Mansukhani, LLP has previously appeared in this matter and will continue as counsel for Umpqua Health Alliance, LLC.

The undersigned requests that all further papers and pleadings, except original process, be served upon them at Gordon Rees Scully Mansukhani, LLP, 1300 Fifth Avenue, Suite 2000, Portland, OR 97201.

Dated: September 22, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Erin Karmen*

Greg Lockwood, OSB No. 114415
wglockwood@grsm.com
Erin Karmen, OSB No. 254140
ekarmen@grsm.com

***Attorneys for Defendant***
***UMPQUA HEALTH ALLIANCE, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2026, a true and correct copy of the foregoing document was filed with the Court through the CM/ECF system and sent electronically to all registered participants as identified on the Notice of Electronic Filing.

Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529

*Attorney for Plaintiff and the Proposed Class*

*s/ Elaina Pruzinsky*
Elaina Pruzinsky, Legal Assistant
epruzinsky@grsm.com